**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE ARTHUR SILVA,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 1:15-cv-01058 - JLT<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 4) |

Previously, the Court ordered Plaintiff to file an amended motion to proceed in forma pauperis with further information regarding his financial status. (Doc. 3)  On August 3, 2015, Plaintiff's counsel, Melissa Newel, informed the Court that she as attempted to reach Plaintiff by phone and U.S. Mail, but "has been unable to reach Mr. Silva to obtain the necessary information." (Doc. 4 at 2)  Therefore, Ms. Newel requests an extension of time to reach her client and file an amended motion.  (*Id.*)

Good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**; and

2. Plaintiff **SHALL** file an amended motion on or before **August 14, 2015**.

IT IS SO ORDERED.

Dated:   **August 6, 2015**             **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE