UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ARTHUR SILVA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:15-cv-01058- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 14) |

On February 3, 2016, the parties filed a stipulation for an extension of time for Plaintiff to serve his confidential letter brief. (Doc. 14) The Scheduling Order permits a single extension by the stipulation of parties (Doc. 9 at 4), and this is the first extension requested by the parties. Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve his confidential letter brief on or before **March 4, 2016**.

IT IS SO ORDERED.

Dated:   **February 8, 2016**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE

1